AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

### District of Utah

| | |
|---|---|
| Hitchman Fiduciaries, LLC, Bruce Hitchman, and Lee Ann Hitchman,<br><br>    Plaintiffs,<br><br>v.<br><br>Dominion Insurance Services, Inc., Certain Underwriters at Lloyd's London, and Lawrence D. Hilton,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 2:22-cv-580-HCN |

IT IS ORDERED AND ADJUDGED

1. That this action is remanded to the Fourth Judicial District Court of the State of Utah.
2. That Plaintiffs are awarded reasonable attorneys' fees incurred in preparing and filing the motion to remand.
3. That Plaintiffs shall submit a declaration detailing the fees they incurred in preparing and filing the motion to remand within 21 days.

May 12, 2023
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge